UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-95-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | <u>ORDER TO REASSIGN</u> |
| | : | |
| GENARO FLORES-DURAN | : | |
| SALVADOR FLORES-DURAN | : | |

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to the Chief Judge Louise W. Flanagan.

SO ORDERED.

This the <u>16th</u> day of September, 2010.

_/s/ Malcolm J. Howard_
MALCOLM J. HOWARD
Senior United States District Court Judge