IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION

FILED IN OPEN COURT
ON 6/16/11 (LB)
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

NO. 7:10-CR-95-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GENARO FLORES-DURAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on this date be retained by Special Agent Stephen Smith of North Carolina State Bureau of Investigation during the course of this trial and transferred by said officer upon conclusion of the trial to the evidence custodian of Columbus County Sheriff's Department, to be retained in its custody until this case is completed, including any matters on appeal, and proceedings, if any, on remand have become final. In the event of conviction, the government's retention of the evidence listed below also shall extend up to and through the one year period of limitation within which to file a motion under 28 U.S.C. § 2255 has expired, and in the event that a § 2255 motion is filed, up to and through conclusion of that litigation. The responsible officer shall affix his or her signature below, with date and time, in acknowledgment of receipt of the following exhibit(s) and that the same shall be retained in accordance with this order.

Gov't. Exhibit No.:                              Description Of the Evidence:

SEE ATTACHED CHART

SO ORDERED this the 16th day of June, 2011.

*Louise W. Flanagan*
Chief United States District Judge


SO ACKNOWLEDGED:

_____ NCSBI
Stephen Smith, Special Agent

_____
Kimberly Moore, Assistant U.S. Attorney

Date: 4:25 pm

Time: 6/16/11

UNITED STATES OF AMERICA V. GENARO FLORES-DURAN
7:10-CR-95-FL
EXHIBITS RETURNED TO AGENT 06/16/2011

| | | | | |
|---|---|---|---|---|
| 278 | | | | Roll Plastic Wrap |
| 276 | | | | Bag of phones |
| 254 | | | | Ammo can |
| 237 | | | | Norinco SKS |
| 240 | | | | Maverick 88 |
| 241 | | | | Weatherby .300 |
| 238 | | | | Ruger .223 |
| 239 | | | | 12 Gauge Break Action |
| 242 | | | | Norinco AK Style |
| 243 | | | | .22 Caliber |
| 244 | | | | Taurus Semi Auto |
| 245 | | | | Taurus Magazine |
| 246 | | | | Taurus Magazine |
| 250 | | | | Smith and Wesson |
| 251 | | | | Smith and Wesson Magazine |
| 252 | | | | Smith and Wesson Magazine |
| 263 | | | | SBI # 85 - kilo wrapper |
| 247 | | | | Smith and Wesson |
| 249 | | | | Smith and Wesson Magazine |
| 248 | | | | Smith and Wesson Magazine |
| 261 | | | | SBI Item 1g - Lidocaine |
| 256 | | | | SBI Item 1b - Block Benzocaine |
| 257 | | | | SBI Item 1c - Block Benzocaine |
| 261 | | | | SBI Item1 g - Lidocaine |
| 259 | | | | SBI Iten 1e - Block Benzocaine |
| 260 | | | | SBI Item 1f - Lidocaine |

| | | | | |
|---|---|---|---|---|
| 256 | | | | SBI Item -Block Benzocaine |
| 253 | | | | Smith and Wesson .41 Magnum |
| 255 | | | | SBI Item 1a - Block Benzocaine |
| 286 | | | | .223 rounds |
| 282 | | | | baggie 12 gauge ammo |
| 258 | | | | SBI Item 1d - Block Benzocaine |
| 255 | | | | SBI Item 1a - Block Bezocaine |
| 282 | | | | Baggie 12 guage ammo |
| 299 | | | | 9 mm magazine |
| 298 | | | | 9 mm magazine |
| 296 | | | | .300 Winchester Rounds |
| 297 | | | | 12 gauge shotgun rounds |
| 288 | | | | 12 guage buckshot |
| 284 | | | | 7.62x39 mm ammo |
| 292 | | | | AK magazine |
| 285 | | | | .22 caliber rounds |
| 283 | | | | 300 short magnum rounds |
| 290 | | | | .223 Magazine |
| 287 | | | | 9 mm ammo |
| 300 | | | | Magazine |
| 293 | | | | .300 Winchester Rounds |
| 295 | | | | .41 Magnum Rounds |
| 294 | | | | .40 caliber rounds |
| 291 | | | | AK Magazine |
| 289 | | | | Small AK Magazine |
| 274 | | | | SBI #93 - baggies and scale |

UNITED STATES OF AMERICA V. GENARO FLORES-DURAN
7:10-CR-95-FL
EXHIBITS RETURNED TO AGENT 06/16/2011

| 279 | | | | Orange jack |
|---|---|---|---|---|
| 277 | | | | Benzocaine wrappers |
| 272 | | | | SBI # 70 - yellow granule substance |
| 273 | | | | SBI # 67 - kilo |
| 263 | | | | SBI # 85 - kilo wrapper |
| 264 | | | | SBI # 91 - Digital scales |
| 262 | | | | SBI # 75 - bags and crack |
| 268 | | | | SBI # 73 - off white granule substance |
| 275 | | | | Press Plates |
| 271 | | | | SBI # 72 - crack cocaine |
| 267 | | | | SBI # 68 -crack cocaine |
| 266 | | | | SBI # 86 - Nissan Sentra Title - Luis Arturo |
| 269 | | | | SBI # 69 - crack cocaine |
| 270 | | | | SBI # 71 -yellow granule substance |
| 233 | | | | Kilo wrappers |