FILED
IN OPEN COURT
JUN 17 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____CB_____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO:7:10-CR-95-FL

GENARO FLORES-DURAN

## ORDER

In order that proceedings may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $115.56. The clerk is DIRECTED to have the Chelsea direct bill the Clerk's Office for the sum of $115.56.

_06/17/2011_
Date

LOUISE W. FLANAGAN
Chief United States District Judge